FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOEL GARCIA,

               Plaintiff,

    v.

SUSAN, SHEILA, and THE
SENATOR APARTMENTS,

               Defendants.

No.   1:26-cv-3081-EFS

**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS**

By Order filed June 9, 2026, the Court directed Plaintiff to complete and file an Application to Proceed In District Court Without Prepaying Fees or Costs (Short Form) as required by 28 U.S.C. § 1915(a)(1).[1]

---

[1] ECF No. 6.

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS - 1

Plaintiff initiated this action while incarcerated at the Yakima County Jail on May 4, 2026,[2] but he did not provide the documentation necessary to proceed *in forma pauperis.*[3] Specifically, Plaintiff did not provide a certified statement of his account from each facility where he was incarcerated during the entire six-month period preceding May 4, 2026, as required by 28 U.S.C. § 1915(a)(2).[4]

After mail sent to Plaintiff at the Yakima County Jail was returned as undeliverable[5], the Court received notice in case No. 1:25-cv-3139-MKD of a new residential address for Plaintiff. Because Mr. Garcia was no longer incarcerated, the Court directed him to file a different *in forma pauperis* application for non-prisoners.[6]

On July 7, 2026, the Court received from Mr. Garcia another Declaration and Application to Proceed *In Forma Pauperis* by a

---

[2] ECF No. 1.

[3] *See* ECF No. 4.

[4] *Id.*

[5] ECF No. 5

[6] ECF No. 6.

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS - 2

Prisoner Bringing a Civil Rights Action, dated June 16, 2026, and an accompanying letter, mailed from the Yakima County Jail on July 1, 2026, indicating he would be incarcerated there "until June 20th 2026."[7]

Once again, Plaintiff failed to supply certified account statements from each facility where he was incarcerated for the entire six-month period preceding May 4, 2026. He did not pay the full filing fee of $405.00 for this action as required under 28 U.S.C. § 1914. Further, the allegations in Plaintiff's Complaint are not related to the conditions of his confinement.[8]

Accordingly, **IT IS HEREBY ORDERED**:

1.    For the reasons set forth above and in the Court's prior Order, ECF No. 6, this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

---

[7] ECF No. 7

[8] ECF No. 1 (asserting wrongdoing by the management and maintenance at an apartment complex).

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS - 3

2. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

IT IS SO ORDERED. The Clerk's Office is directed to file this Order, **enter judgment,** provide copies to Plaintiff at his last known address, and **CLOSE** the file.

DATED this 10th day of July 2026.

_Edward F. Shea_

EDWARD F. SHEA
Senior United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS - 4